AUSA:    Meghan Bean                    Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint        Task Force Officer:    Michael Strunk          Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Michigan

United States of America
   v.

Toriano Cornell DAVIS

Case No.

Case: 2:21−mj−30476
Assigned To : Unassigned
Assign. Date : 10/6/2021
Description: CMP USA v SEALED
MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 11, 2020 - August 3, 2021___ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591 | Sex trafficking minors, and sex trafficking using force, fraud, and coercion |
| 18 U.S.C. § 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

 Michael Strunk, TFO - FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___October 6, 2021___

_____
*Judge's signature*

City and state:  Detroit, Michigan

 Honorable Jonathan J.C. Grey, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael Strunk, Task Force Officer with the Federal Bureau of Investigation (FBI), swear and affirm as follows:

## INTRODUCTION AND BACKGROUND

1.      I am employed by the Detroit Police Department and have been for approximately six years. For the last three years, I have also worked as a Task Force Officer with the Detroit FBI's Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) Task Force. I have experience investigating child sexual exploitation and human trafficking crimes and have also been trained specifically on these types of investigations. I have consulted with numerous other SEMTEC agents, including those that have worked on human trafficking investigations for many years.

2.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for TORIANO CORNELL DAVIS (DOB XX/XX/1988) for violations of 18 U.S.C. § 1591 (sex trafficking minors, and sex trafficking using force, fraud, and coercion) and 18 U.S.C. § 2251(a) (production of child pornography).

3.      This affidavit is based on information I personally obtained, as well as information I received from law enforcement officers and agents who participated

1

in this investigation. This affidavit is intended to show only that there is sufficient

probable cause for the requested warrant and does not set forth all of my

knowledge about this matter.

4.      Because this affidavit is being submitted for the limited purpose of securing

a criminal complaint and arrest warrant, I have not included each and every fact

known to me concerning this investigation. I have set forth only the facts that I

believe are necessary to establish probable cause for an arrest warrant for

TORIANO CORNELL DAVIS.

## PROBABLE CAUSE

### A.  Investigation of DAVIS

5.      On December 10, 2020, an investigator with child protective services (CPS)

contacted the FBI to report that two 16 year-olds (Minor Victim One and Two)

were being sex trafficked in the Detroit area.

6.      The CPS investigator relayed information to the FBI about MV-1 and MV-2,

specifically that MV-1's relative said that MV-1 had reached out several times

over a three-day period to other relatives. Later, an individual contacted one of

MV-1's relatives using telephone number XXX-XXX-0873. The individual stated

that MV-1 left with a pimp who dropped her off with an unknown person. After

being contacted by XXX-XXX-0873, MV-1's relative researched the phone

number on the internet and located an escort ad that included phone number XXX-XXX-0873. MV-1's mother provided the advertisement to law enforcement. When law enforcement viewed the advertisement, they saw that it was an advertisement for commercial sex. The ad listed the contact number XXX-XXX-0873. Images associated with the advertisement depicted young females in sexually explicit positions, including underwear, lingerie, and exposed genitals. Three of the pictures depicted MV-1, and two pictures depicted MV-2. A female, later identified as Minor Victim Three, was also depicted in the advertisements.

7.     On December 10, 2020, the FBI located additional internet posts advertising MV-1 and MV-2 for commercial sex in the Detroit area. The advertisements included telephone number XXX-XXX-0873.

8.     On December 10, 2020, a law enforcement officer in an undercover capacity contacted XXX-XXX-0873 and arranged a commercial sex date. The person who answered the phone (XXX-XXX-0873) provided the officer with instructions on where and how to meet. The officer was directed to the Hawthorne Suites in Detroit. Once at the hotel, the officer was directed to Room 613 where he met MV-3. Other officers and agents arrived on the scene and recovered MV-3, and determined that she was 16 years old.

3

9.      Law enforcement determined, using a public database, that phone number XXX-XXX-0873 was assigned to Bandwidth, a communications platform.[1] Law enforcement contacted Bandwidth seeking information about phone number XXX-XXX-0873, and Bandwidth responded that XXX-XXX-0873 was assigned to TextNow.

10.     Law enforcement then requested subscriber information from TextNow. TextNow responded that the user of XXX-XXX-0873 had provided an email address associated with MV-3.[2]

11.     On December 10, 2020 and December 22, 2020, MV-3 spoke with law enforcement and permitted the review of her cell phone. In MV-3's phone, agents saw contact information for MV-1 and MV-2.

12.     During her interviews with law enforcement on December 10 and December 22, 2020, MV-3 said that she ran away eight months earlier, and had been supporting herself since she left by engaging in commercial sex dates. MV-3 said that she knew MV-1 and MV-2, and that they had previously been with her in the Detroit area. She further stated that she assisted MV-1 and MV-2 in engaging in

---

[1] Bandwidth is a communications platform. Bandwidth sells software application programming interfaces for voice and messaging, using their own IP voice network.

[2] The email address included MV-3's first and last name.

commercial sex dates by posting advertisements for them online and communicating with customers on their behalf.

13.     The FBI obtained a copy of the Hawthorne Suites folio for Room 613. The folio showed that on December 7, 2020, Room 613 was rented by TORIANO DAVIS (DOB: XX/XX/1988) who provided a North Dakota driver's license. The driver's license showed that DAVIS was born in 1988.

14.     On December 11, 2020, law enforcement responded to the Red Roof Inn in Southfield, and recovered MV-1 and MV-2 from a hotel room.

15.     On December 11, 2020, and January 7, 2021 MV-1 spoke with law enforcement. During her interviews, MV-1 stated:

- She was planning on running away with MV-2. She contacted MV-3 for a ride, and MV-3 sent an adult male to pick-up MV-1.

- An adult male picked MV-1 up and transported her to a hotel in the Detroit, Michigan area. MV-1 said that MV-3 paid for the transportation.

- After arriving in the Detroit area, MV-1, MV-2, and MV-3 spent time in multiple hotel rooms in the area.

- MV-3 posted ads for commercial sex using images of MV-1 and MV-2.

- MV-3 arranged MV-1 and MV-2's meetings for commercial sex primarily through text message and phone calls.

- MV-3 took the money from the dates. After collecting payment, MV-3 gave the money to TORIANO DAVIS.

- MV-1 believed she owed a debt to MV-3 and DAVIS for transportation and hotel rooms.

- MV-1 stated MV-3 was acting as a "trainer" to MV-1 and MV-2 showing them how the commercial sex trade works.

- MV-3 had a TextNow number that she used to set up the commercial sex dates and communicate with customers.

16.    On December 11, 2020, and January 27, 2021, MV-2 spoke with law enforcement. During her interviews, MV-2 provided many of the same facts provided by MV-1. MV-2 also stated:

- "Tori" and MV-3 picked up MV-1 and MV-2 and drove them to a hotel in Detroit, Michigan, where "Tori" purchased rooms for the girls to perform sex dates.

- MV-1 and MV-2 took pictures of each other in lingerie and provided the images to MV-3 to be added to the escort ad.

- "Tori" took sexually explicit pictures of MV-3 with her cell phone for advertisements.

6

- MV-3 collected the money made from commercial sex and provided it to "Tori." MV-3 added the photographs that MV-1 and MV-2 sent her to escort ads. MV-3 communicated with whomever responded to the ads.

- MV-3 would greet the customer and introduce MV-2, take the money and leave the room. MV-3 would give "Tori" all of the money made from the dates.

17.    On August 3, 2021, SEMTEC received several tips that MV-3 was with DAVIS. SEMTEC discovered multiple commercial sex ads depicting pictures of MV-3. Several attempts were made by an undercover officer to set up a sex date with MV-3, and the undercover was given an address by MV-3 to meet. Then MV-3 stopped all communication.

18.    On August 3, 2021 SEMTEC received information that DAVIS was staying at the Quality Inn Hotel, 31960 Little Mack, Roseville, MI. The hotel staff confirmed DAVIS was at the hotel in Room 125.

19.    Hotel staff proceeded to Room 125 with SEMTEC members accompanying them. Hotel staff knocked on the door, and DAVIS opened the door completely nude. Hotel staff evicted DAVIS from the room. A completely nude unknown female was also discovered in the bed in Room 125. Law enforcement entered Room 125 to identify and speak with the unknown female. Based on information

7

known to SEMTEC at the time, law enforcement believed that the unknown female in DAVIS's room was MV-3. The unknown female was later identified as MV-4, a 15 year-old female. In Room 125, law enforcement observed used condom wrappers throughout the room. Law enforcement also observed two cellular phones. DAVIS said that the white iPhone 12 Pro Max cellular phone was his; MV-4 claimed the other cellular phone in the room, an iPhone 8.

20.     Forensic analysis of MV-4's iPhone 8 recovered messages between MV-4 and an individual believed to be DAVIS, including the following messages:

| Date/Time | Author (Sender) | Message |
|---|---|---|
| 7/23/2021 2:49:17 AM | T XXX-XXX-8149 | You ready to work |
| 7/23/2021 2:49:27 AM | MINOR 4 XXX-XXX-0341 | Yes |
| 7/23/2021 2:49:41 AM | T XXX-XXXX-8149 | Ok I'll repost |
| 7/23/2021 2:49:50 AM | MINOR 4 XXX-XXX-0341 | okay |
| 7/23/2021 2:49:53 AM | T XXX-XXX-8149 | Are you hungry do you want to eat first |
| | | |
| 7/24/2021 5:02:55 AM | T XXX-XXX-8149 | Bae try and get it in |
| 7/24/2021 5:03:01 AM | MINOR 4 XXX-XXX-0341 | ok |
| 7/24/2021 | MINOR 4 | Lmk when you see |

| | | |
|---|---|---|
| 5:30:15 AM | XXX-XXX-0341 | him |
| 7/24/2021<br>5:30:19 AM | T<br>XXX-XXX-8149 | ok |
| 7/24/2021<br>5:30:55 AM | T<br>XXX-XXX-8149 | He coming |
| 7/24/2021<br>6:26:54 AM | MINOR 4<br>XXX-XXX-0341 | Ok Tori I don't feel like arguing bc u wanna start sum for no reason |
| 7/24/2021<br>6:27:16 AM | T<br>XXX-XXX-8149 | You the one acting like you have an attitude |
| 7/24/2021<br>6:27:26 AM | MINOR 4<br>XXX-XXX-0341 | No I'm not |
| 7/24/2021<br>6:27:38 AM | T<br>XXX-XXX-8149 | ok |
| 7/24/2021<br>6:28:13 AM | MINOR 4<br>XXX-XXX-0341 | I don't like doing this shit and all I hear outta your mouth is how I need to keep doing it. |
| 7/24/2021<br>6:28:57 AM | MINOR 4<br>XXX-XXX-0341 | Like wtf do I even get out of doing this? Nothing, u get way more out of it than I do and I tired |
| 7/24/2021<br>6:28:57 AM | T<br>XXX-XXX-8149 | Say less |
| 7/24/2021<br>6:29:13 AM | MINOR 4<br>XXX-XXX-0341 | I barely ask you for anything and when I do I hardly ever get it |
| 7/24/2021<br>6:30:04 AM | MINOR 4<br>XXX-XXX-0341 | Like wow I asked to get my nails done, can't even do that. But when you wanna drive these cars and |

| | | |
|---|---|---|
| | | stay in nice rooms you get that |
| 7/24/2021 6:30:24 AM | MINOR 4 XXX-XXX-0341 | Even [MINOR 3] is getting more than me |
| 7/24/2021 6:30:34 AM | T XXX-XXX-8149 | I'm done it's ok over fuck it never again |
| 7/24/2021 6:30:54 AM | MINOR 4 XXX-XXX-0341 | Excuse me? |
| 7/24/2021 6:32:31 AM | MINOR 4 XXX-XXX-0341 | I'm not saying I won't do it but I need to get more out of it and if that's not gonna happen then Idk |
| 7/24/2021 6:35:12 AM | T XXX-XXX-8149 | Dude on his way |
| 7/24/2021 6:35:18 AM | MINOR 4 XXX-XXX-0341 | k |
| | | |
| 7/30/2021 2:08:34 PM | MINOR 4 XXX-XXX-0341 | Ok good, u should repost while you there so I can try and make sum incalls |
| 7/30/2021 2:08:34 PM | MINOR 4 XXX-XXX-0341 | So you can rest when you get back |
| 7/30/2021 2:29:55 PM | T XXX-XXX-8149 | Ok baby |
| 7/30/2021 2:49:54 PM | MINOR 4 XXX-XXX-0341 | Did you change the hour to 300? Bc on the bio it says you did |

21.    On August 3, 2021, law enforcement interviewed DAVIS.  DAVIS was

advised of the identity of the interviewing agents, and the nature of the interview.

DAVIS made the following statements:

10

- DAVIS previously secured hotel rooms for MV-3.

- There were condom wrappers spread throughout the Quality Inn Hotel room because DAVIS used condoms for protection while having sex with MV-4, who was also staying in the room.

22.    On August 3, 2021, law enforcement interviewed MV-3. During her interview, MV-3 stated:

- Tori took earnings from the dates for personal use, including purchasing marijuana and controlled substances, such as ecstasy;

- Tori would supply ecstasy to MV-4 on a regular basis;

- MV-3 would conduct commercial sex dates during her stay with Tori to buy him whatever he wants;

- MV-3 conducted dates with Tori and MV-4;

- MV-4 reached out to MV-3 for a place to stay after admitting she had been "walking the track." MV-3 explained the dangers in "walking the track," and taught MV-4 how to set up online advertisements;

- MV-4 would give the money she earned from commercial sex dates to Tori;

- Tori did not initially know MV-4's age, but over time learned that she was 15.

11

23.    On August 16, 2021, law enforcement interviewed MV-4.  During her interview, MV-4 stated:

- She met Tori and MV-3 after she ran away in May 2021.  For several months, she was with MV-3 and Tori off and on.

- MV-3 taught MV-4 how to use Text Now, and taught her how to conduct commercial sex dates.

- Tori had sex with MV-4 and recorded it on his cell phone.

- Tori would send MV-4 the videos of them having sex via text message.

24.    Forensic analysis of DAVIS's iPhone 12 cellular phone recovered by law enforcement on August 3, 2021 uncovered videos of DAVIS engaging in sex acts with MV-4.  Videos recovered from DAVIS's cellular phone in the media folder include the following:

- One video depicts MV-4 laying on a bed and recording the video with a cellular phone while DAVIS appears to be having sexual intercourse with her from behind.  DAVIS's face is visible in this video, and distinctive tattoos on DAVIS's hands, arms, and abdomen are also visible.

12

- One video depicts MV-4 having sexual intercourse with a black male who is recording the video with a cellular phone.  While the face of the male is not visible in the video, tattoos on his hand are consistent with tattoos that DAVIS has on his hand.

- One video depicts MV-4 performing oral sex on a black male, who is recording the video with a cellular phone.  While the face of the male is not visible in the video, tattoos on his abdomen and arm are consistent with tattoos that DAVIS has on his abdomen and arm.

## **CONCLUSION**

25.    For the reasons set forth above, I believe probable cause exists that

TORIANO CORNELL DAVIS violated 18 U.S.C. § 1591 (sex trafficking of

a minor and sex trafficking by force, fraud, and coercion) and 18 U.S.C. § 2251(a)

(production of child pornography).


Respectfully submitted,

Michael Strunk
Task Force Officer
Federal Bureau of Investigation


Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. Jonathan J.C. Grey
United States Magistrate Judge

Dated:  October 6, 2021

14